IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:24-cv-195-FB |
| SAT NORTHGATE VILLAGE, LTD, ) | |
| d/b/a NORTHDGATE VILLAGE, ) | |
| ) | |
|    Defendant(s). ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS DEFENDANT WITH PREJUDICE**

Plaintiff, Ryan Pflipsen ("Plaintiff") and Defendant(s), SAT NORHTGATE VILLAGE, LTD d/b/a NORTHGATE VILLAGE, hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendant, SAT NORTHGATE VILLAGE, LTD d/b/a NORTHGATE VILLAGE, with Prejudice:

1.    Plaintiff filed the instant cause of action alleging that the Property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3.    In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree. This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4.    As part of the Settlement reached between the Parties, Plaintiff has agreed to

dismiss Defendant, SAT NORTHGATE VILLAGE, LTD d/b/a NORTHGATE VILLAGE, with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendant, SAT NORTHGATE VILLAGE, LTD d/b/a NORTHGATE VILLAGE be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, SAT NORTHGATE VILLAGE, LTD d/b/a VILLAGE PLAZA, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 3rd day of September, 2024.

**Plaintiff, Ryan Pflipsen**
*s/ Dennis R. Kurz*
Dennis R. Kurz, Esq.
Texas State Bar No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**Defendant, SAT NORTHGATE VILLAGE, LTD**
*s/ John D. Jacks*
John D. Jacks, Esq.
State Bar No. 00785986
**GRAY BECKER, PC**
900 West Avenue
Austin, Texas 78701
john.jacks@graybecker.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 3rd day of September, 2024.

*/s/ Dennis R. Kurz*
Dennis R. Kurz

# EXHIBIT "1"