IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-24-CV-195-FB |
| § | |
| SAT NORTHGATE VILLAGE, LTD, d/b/a § | |
| NORTHDGATE VILLAGE, § | |
| § | |
| Defendant. § | |

### *ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE*

Before the Court is the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice filed on September 3, 2024 (docket #14). The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss SAT NORTHGATE VILLAGE, LTD d/b/a NORTHGATE VILLAGE with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, and Defendant, is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party shall bear his or its own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6.      This case is CLOSED.

It is so ORDERED.

SIGNED this 3rd day of September, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Dennis R. Kurz, Attorney for Plaintiff
KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

John D. Jacks, Attorney for Defendant
GRAY BECKER, PC
900 West Avenue
Austin, Texas 78701
john.jacks@graybecker.com